FILED
CLERK, U.S. DISTRICT COURT

APR 15 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROBERT ROSENKRANTZ,  )
               Petitioner,  )   No. CV 09-9270-GAF(AJW)
    v.  )
           )   ORDER ADOPTING REPORT AND
CALIFORNIA BOARD OF PRISON  )   RECOMMENDATION OF MAGISTRATE
TERMS,  )   JUDGE
               Respondent.  )

    The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

Dated: 4/15/10

Gary A. Feess
United States District Judge