FILED
CLERK, U.S. DISTRICT COURT
APR 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT ROSENKRANTZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CALIFORNIA BOARD OF PRISON )<br>TERMS, )<br>)<br>Respondent. )<br>) | No. CV 09-9270-GAF(AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 4/15/10

Gary A. Feess
United States District Judge